# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### FULL RECORD

Case Caption: Robert M. Haddad v. Jenifer DeCristofaro

District Court Number: 10-cv-11128

Fee: Paid? Yes  X  No ___   Government filer ___   *In Forma Pauperis* Yes ___  No  X

| | | | |
|---|---|---|---|
| Motions Pending | Yes ___ No X | Sealed documents | Yes ___ No X |
| *If yes, document #* | | *If yes, document #* | |
| *Ex parte* documents | Yes ___ No X | Transcripts | Yes ___ No X |
| *If yes, document #* | | *If yes, document #* | |

Notice of Appeal filed by: Plaintiff/Petitioner  X   Defendant/Respondent ___   Other: ___

Appeal from:   Order Dismissing Case

Other information:

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents:

Notice of Appeal, Order Dismissing Case

with the docket sheet, are the original or electronically filed pleadings and constitute the full record on appeal in the above entitled case for the Notice of Appeal, document #  20 , filed on  9/20/2010 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on  9/21/2010 .

SARAH ALLISON THORNTON
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

Receipt of the documents in the above entitled case is hereby acknowledged on  9/21/10  by _____
Deputy Clerk

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**