APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:10-cv-11128-DPW

| | |
|---|---|
| Haddad v. DeCristofaro et al | Date Filed: 07/06/2010 |
| Assigned to: Judge Douglas P. Woodlock | Date Terminated: 09/03/2010 |
| Demand: $8,000 | Jury Demand: Plaintiff |
| Cause: 42:1981 Housing Discrimination | Nature of Suit: 443 Civil Rights: Accomodations |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Robert M. Haddad**  represented by  **Robert M. Haddad**
19 Myrtle Street
#406
Boston, MA 02114
617 248 9583
PRO SE

V.

**Defendant**

**Jenifer DeCristofaro**  represented by  **Christopher P. Flanagan**
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
260 Franklin Street
14th Floor
Boston, MA 02110
(617) 422-5306
Email: Christopher.Flanagan@WilsonElser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Young B. Han**
Wilson Elser Moskowitz Edelman & Dicker, LLP
260 Franklin St.
14th Floor
Boston, MA 02110-3112
617-422-5300
Fax: 617-423-6917
Email: young.han@wilsonelser.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Douglas Lovenberg** represented by **Christopher P. Flanagan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Young B. Han**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lovenberg and Associates** represented by **Christopher P. Flanagan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Young B. Han**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/06/2010 |  | ELECTRONIC NOTICE of Case Assignment. Judge Douglas P. Woodlock assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Robert B. Collings. (Johnson, Jay) (Entered: 07/06/2010) |
| 07/06/2010 | 1 | General Order 09-1, dated January 6, 2009 regarding the E-Government Act and Personal Identifiers entered. (Johnson, Jay) (Entered: 07/06/2010) |
| 07/06/2010 | 2 | COMPLAINT against Lovenberg and Associates, Douglass Lovenberg, Jennifer DeCristofaro, filed by Robert M. Haddad. (Attachments: # 1 Exhibit Part 1, # 2 Exhibit Part 2, # 3 Civil Cover Sheet and Category Sheet) (Johnson, Jay) (Entered: 07/06/2010) |
| 07/06/2010 | 3 | 2 (Volumes-Bound Booklets, Brief of Appellants and Record Appendix) APPENDIX/EXHIBIT re 2 Complaint by Robert M. Haddad. (Johnson, Jay) (Entered: 07/06/2010) |
| 07/06/2010 | 4 | Summons Issued as to Jennifer DeCristofaro, Douglass Lovenberg, Lovenberg and Associates. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Johnson, Jay) (Entered: 07/06/2010) |
| 07/06/2010 |  | Filing fee/payment: $ 350.00, receipt number BST018178 for 2 Complaint (Russo, Patricia) (Entered: 07/06/2010) |
| 07/13/2010 | 5 | SUMMONS Returned Executed Lovenberg and Associates served on 7/12/2010, answer due 8/2/2010. (York, Steve) (Entered: 07/13/2010) |

| | | |
|---|---|---|
| 07/13/2010 | 6 | SUMMONS Returned Executed Jenifer DeCristofaro served on 7/12/2010, answer due 8/2/2010. (York, Steve) (Entered: 07/13/2010) |
| 07/13/2010 | 7 | SUMMONS Returned Executed Douglas Lovenberg served on 7/12/2010, answer due 8/2/2010. (York, Steve) (Entered: 07/13/2010) |
| 07/30/2010 | 8 | NOTICE of Appearance by Young B. Han on behalf of Jenifer DeCristofaro (Han, Young) (Entered: 07/30/2010) |
| 07/30/2010 | 9 | MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(5) and 12(b)(6)* by Jenifer DeCristofaro.(Han, Young) (Entered: 07/30/2010) |
| 07/30/2010 | 10 | MEMORANDUM in Support re 9 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(5) and 12(b)(6)* filed by Jenifer DeCristofaro. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Han, Young) (Entered: 07/30/2010) |
| 08/05/2010 | 11 | NOTICE OF SCHEDULING INITIAL SCHEDULING CONFERENCE, ORDER FOR JOINT STATEMENT AND CERTIFICATIONS, AND ORDER FOR ELECTRONIC FILING: Initial Scheduling Conference set for 9/3/2010 11:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. (Lovett, Jarrett) (Entered: 08/05/2010) |
| 08/09/2010 | 12 | NOTICE of Appearance by Christopher P. Flanagan on behalf of Jenifer DeCristofaro, Douglas Lovenberg, Lovenberg and Associates (Flanagan, Christopher) (Entered: 08/09/2010) |
| 08/10/2010 | 13 | Opposition re 9 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(5) and 12(b)(6)* filed by Robert M. Haddad. (Attachments: # 1 Exhibit)(York, Steve) (Entered: 08/11/2010) |
| 08/10/2010 | 14 | Letter from Robert M. Haddad. (York, Steve) (Entered: 08/11/2010) |
| 08/16/2010 | 15 | CERTIFICATION pursuant to Local Rule 16.1. (York, Steve) (Entered: 08/19/2010) |
| 08/26/2010 | 16 | JOINT SUBMISSION pursuant to Local Rule 16.1 by Douglas Lovenberg, Lovenberg and Associates.(Han, Young) (Entered: 08/26/2010) |
| 08/26/2010 | 17 | CERTIFICATE OF SERVICE pursuant to LR 5.2 by Robert M. Haddad. (York, Steve) (Entered: 08/26/2010) |
| 08/31/2010 | 18 | Motion to Amend Improper Service of Summons by Robert M. Haddad. (York, Steve) (Entered: 08/31/2010) |
| 09/03/2010 | | ELECTRONIC Clerk's Notes for proceedings held before Judge Douglas P. Woodlock: Motion to Amend; Initial Scheduling Conference held on 9/3/2010. Oral arguments heard, 9 Defendant's Motion to Dismiss is GRANTED for reasons stated on the record; 18 Plaintiff's Motion to Amend Improper Service of Summons is FOUND MOOT. (Court Reporter: Brenda Hancock at 617-439-3214)(Attorneys present: Haddad as Pro Se pltff; Han for the deft's) (Lovett, Jarrett) (Entered: 09/03/2010) |
| 09/03/2010 | 19 | Judge Douglas P. Woodlock: ORDER entered. ORDER DISMISSING CASE.(Lovett, Jarrett) (Entered: 09/03/2010) |

| 09/03/2010 | | Civil Case Terminated. (Lovett, Jarrett) (Entered: 09/03/2010) |
|---|---|---|
| 09/20/2010 | 20 | NOTICE OF APPEAL as to 19 Order Dismissing Case by Robert M. Haddad NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/efiling.htm. US District Court Clerk to deliver official record to Court of Appeals by 10/12/2010.** (York, Steve) (Entered: 09/20/2010) |
| 09/20/2010 | | Filing fee/payment: $ 455.00, receipt number BST019694 for 20 Notice of Appeal, (Russo, Patricia) (Entered: 09/20/2010) |